IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ANILKUMAR PILLAI, | : | BANKRUPTCY CASE |
| | : | No. 12-53537 JPS |
| | : | |
| Debtor. | : | Chapter 7 Proceeding |

## MOTION FOR TURNOVER OF ANNUITY

COMES NOW Walter W. Kelley, Trustee ("Trustee") in the above-styled bankruptcy case and shows as follows:

-1-

The Trustee is the duly qualified and acting Trustee in this case.

-2-

This motion arises in and relates to the above Chapter 7 case. This Court has jurisdiction over this motion under 11 U.S.C. 542.

-3-

Anilkumar Pillai ("Debtor") commenced a voluntary Chapter 7 case on December 13, 2012 in the Middle District of Georgia.

-4-

According to Schedule B of the Debtor's petition, the Debtor owns an annuity issued by "ING USA" which had a value of $12,757. The annuity is property of the bankruptcy estate under 11 U.S.C. 541. The Trustee seeks to recover the annuity so that the annuity may be liquidated for the benefit of the bankruptcy estate.

-5-

The Trustee requests that the Debtor a) deliver to the Trustee the annuity contract and all statements and other records related to the annuity, b) transfer all of his rights and interest in the annuity to permit the Trustee to liquidate the annuity and c) execute all documents and perform all acts necessary or required to effect a transfer of the Debtors rights in the annuity or the proceeds of the annuity to the Trustee.

Wherefore, the Trustee prays that this Court enter an order which requires the Debtor to turn over the Debtors rights and interest in the annuity described above and for such other and further relief that is just and fair.

   /s/ Thomas D. Lovett_____
Thomas D. Lovett
Attorney for Chapter 7 Trustee
Post Office Box 1164
Valdosta, Georgia 31603
(229) 242-8838
State Bar ID #459571
tlovett@kelleylovett.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

|  |  |  |
|---|---|---|
|  | : | BANKRUPTCY CASE |
| ANILKUMAR PILLAI, | : | No. 12-53537 JPS |
|  | : |  |
| Debtor. | : | Chapter 7 Proceeding |

### NOTICE OF HEARING

WALTER W. KELLEY, CHAPTER 7 TRUSTEE, HAS FILED A MOTION TO TURN OVER AN ANNUITY OWNED BY THE DEBTOR TO THE TRUSTEE THAT IS PROPERTY OF THE BANKRUTPCY ESTATE.

**YOUR RIGHTS MAY BE AFFECTED.** YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.).

IF YOU DO NOT WANT THE COURT TO GRANT THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN REQUEST FOR A HEARING ON OR BEFORE **FEBRUARY 11, 2014.** IF A RESPONSE OR OBJECTION IS FILED, A HEARING WILL BE HELD ON **THURSDAY, FEBRUARY 13, 2014 AT 9:30 A.M., AT THE UNITED STATES BANKRUPTCY COURT, COURTROOM A, THOMAS JEFFERSON FEDERAL BUILDING, 433 CHERRY STREET, MACON, GA 31202.**

IF YOU MAIL YOUR REQUEST TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** IT ON OR BEFORE THE DATE STATED ABOVE. **THE REQUEST SHOULD BE MAILED TO THE UNITED STATES BANKRUPTCY COURT, P.O. BOX 1957, MACON, GEORGIA 31202.**

ANY REQUEST FOR A HEARING MUST ALSO BE MAILED TO THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION OR OBJECTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

THE 22ND DAY OF JANUARY, 2014.

                                        __/s/ Thomas D. Lovett_____
                                        Thomas D. Lovett
                                        Attorney for Chapter 7 Trustee
                                        Post Office Box 1164
                                        Valdosta, Georgia 31603
                                        (229) 242-8838
                                        State Bar ID #459571
                                        tlovett@kelleylovett.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

|  |  |  |
|---|---|---|
| ANILKUMAR PILLAI, | : | BANKRUPTCY CASE |
|  | : | No. 12-53537 JPS |
|  | : |  |
| Debtor. | : | Chapter 7 Proceeding |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the MOTION FOR TURNOVER OF ANNUITY and NOTICE upon the following:

ANILKUMAR PILLAI
321 FOREST HILL DRIVE
WARNER ROBINS, GA 31088

WESLEY J. BOYER
KATZ, FLATAU, & BOYER, L.L.P.
355 COTTON AVENUE
MACON, GA 31201
wjboyer_2000@yahoo.com

ELIZABETH A. HARDY
ASSISTANT U. S. TRUSTEE
Ustp.region21.mc.ecf@usdoj.gov

via 1st class U.S. Mail or the court's electronic notification system this 22nd day of January, 2014.

/s/Thomas D. Lovett
THOMAS D. LOVETT
Attorney for Chapter 7 Trustee